UNITED STATES DISTRICT COURT

Northern District of California

KG FUNDING, INC,

            Plaintiff,

  v.

TIM PARTRIDGE,

            Defendant.

No. C 13-2473 MEJ

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

**ORDER RE: ADR**

The Court is in receipt of the parties' Joint Case Management Statement, filed August 29, 2013. Dkt. No. 8. Good cause appearing, the Court CONTINUES the case management conference to December 19, 2013 at 10:00 a.m. in Courtroom B. The parties shall file an updated statement by December 12, 2013.

As the parties have yet to participate in an ADR phone conference, the Court shall not issue a referral order at this time. After the conference, the parties shall either file a stipulation and proposed order regarding ADR referral or, if unable to agree on an ADR process, file a joint statement in which each party states their preferred ADR process.

**IT IS SO ORDERED.**

Dated: August 29, 2013

                                                    Maria-Elena James
                                                    United States Magistrate Judge