UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KG FUNDING, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>TIM PARTRIDGE, et al.,<br><br>        Defendants. | Case No. 13-cv-02473-MEJ<br><br>**ORDER VACATING PRETRIAL AND TRIAL DEADLINES** |

On May 7, 2014, the parties filed a notice that a settlement has been reached in this action and that they anticipated filing a dismissal of this action. As there are upcoming case management deadlines and the parties have now informed the Court that negotiations are ongoing, the Court hereby VACATES all pending pretrial and trial deadlines.

**IT IS SO ORDERED.**

Dated: September 3, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge