```
 1  Timothy M. Flaherty, No. 99666
    Holiday D. Powell, No. 245135
 2  **MORRIS, POLICH & PURDY LLP**
    Attorneys at Law
 3  One Embarcadero Center, Suite 400
    San Francisco, CA  94111
 4  Telephone:      415.984.8500
    Facsimile:      415.984.8599
 5  Email:          tflaherty@mpplaw.com
                    hpowell@mpplaw.com
 6
    Attorneys for Plaintiff/Counter-Defendant
 7  KG FUNDING, INC., Counter-Defendant
    KERNER 3D TECHNOLOGIES, LLC and
 8  Counter-Defendant ERIC EDMEADES
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KG FUNDING, INC., <br><br> Plaintiff, <br><br> v. <br><br> TIM PARTRIDGE and DOES 1-20, <br><br> Defendant. | CASE NO.:  CV 13-2473 MEJ <br><br> **STIPULATION CONTINUING DISCOVERY AND DISPOSITIVE MOTION DEADLINES AND ~~PROPOSED~~ ORDER THEREON** <br><br> [L.R. 5.0 *et seq.*] |
| TIM PARTRIDGE, <br><br> Counter-Claimant, <br><br> v. <br><br> KG FUNDING, INC., et al., <br><br> Counter-Defendants. | **Judge: Hon. Maria-Elena James** <br> **Ctrm: B** |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff/Counter-Defendant KG Funding, Inc. ("KGF"), Defendant/Counter-Claimant Tim Partridge ("Partridge"), Counter-Defendant Kerner 3D Technologies, LLC ("Kerner 3D"), and Counter-Defendant Eric Edmeades ("Edmeades"), by and through their attorneys, stipulate and agree as follows:

I119179.DOC                                                        -1-
**STIPULATION CONTINUING DISCOVERY AND DISPOSITIVE MOTION DEADLINES AND PROPOSED ORDER THEREON**

1.   On March 6, 2015, the Court entered an Order Vacating CMC; Case Management Order (ECF Document 75) in the above-entitled action ("Case Management Order");

2.   In addition to setting the matter to begin trial on March 7, 2016, the Court's Case Management Order set various pre-trial deadlines, including but not limited to the following:

   a. Disclosure of Expert Witnesses: July 24, 2015

   b. Disclosure of Rebuttal Expert Witnesses: August 3, 2015

   c. Close of Discovery: August 18, 2015

   d. Deadline to File Dispositive Motions: September 17, 2015

   e. Hearing on Dispositive Motions: October 22, 2015 (collectively, "Deadlines")

3.   The parties have significant discovery to complete prior to the Deadlines;

4.   In addition, the parties anticipate that they will be filing one (1) or more dispositive motions in advance of trial;

5.   Before engaging in such discovery and motion practice, the parties would like an opportunity to further mediate the aforementioned action;

6.   Based upon their, their counsels', and the mediator's schedule, the parties have agreed to continue their mediation on July 27, 2015;

7.   So that they may focus on preparing for mediation rather than incurring significant costs and fees completing fact and expert discovery and filing dispositive motions, the parties wish to continue the Deadlines for a brief period;

8.   The parties agree that none of the parties will be prejudiced by a brief continuance of the Deadlines;

9.   The parties agree that continuing the Deadlines so that the parties can continue their mediation serves judicial economy; and

10.  The parties agree that continuing the Deadlines should cause no delay of the trial date and other pre-trial deadlines.

THEREFORE, IT IS HEREBY STIPULATED and agreed by and between KGF, Partridge, Kerner 3D, and Edmeades, by and through their respective attorneys of record, to continue the discovery and dispositive motion deadlines as follows:

a.  Disclosure of Expert Witnesses: continue from July 24, 2015 to September 4, 2015;

b.  Disclosure of Rebuttal Expert Witnesses: continue from August 3, 2015 to September 14, 2015;

c.  Close of Discovery: continue from August 18, 2015 to September 29, 2015;

d.  Deadline to File Dispositive Motions: continue from September 17, 2015 to October 15, 2015; and

e.  Hearing on Dispositive Motions: continue from October 22, 2015 to November 19, 2015.

IT IS SO STIPULATED.

DATED: June 25, 2015            **MORRIS, POLICH & PURDY LLP**

By: */s/ Holiday D. Powell*
　　Timothy M. Flaherty
　　Holiday D. Powell

Attorneys for Plaintiff/Counter-Defendant
KG FUNDING, INC., Counter-Defendant
KERNER 3D TECHNOLOGIES, LLC and
Counter-Defendant ERIC EDMEADES

DATED: June 25, 2015            **MOBILITY LEGAL P.C.**

By: */s/ David R. Burtt*
　　David R. Burtt

Attorneys for Defendant/Counter-Claimant
TIM PARTRIDGE

Pursuant to Local Rule 5-1(i)(1)-(3), Holiday D. Powell hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing of this document.

Dated: June 25, 2015            **MORRIS POLICH & PURDY LLP**

By:*/s/ Holiday D. Powell*
　　Holiday D. Powell

## [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING THEREFORE, and the parties having stipulated thereto, IT IS HEREBY ORDERED as follows:

The Order Vacating CMC; Case Management Order (ECF Document 75) in the above-entitled action ("Case Management Order") is amended as follows:

a. Disclosure of Expert Witnesses: continued from July 24, 2015 to September 4, 2015;

b. Disclosure of Rebuttal Expert Witnesses: continued from August 3, 2015 to September 14, 2015;

c. Close of Discovery: continued from August 18, 2015 to September 29, 2015;

d. Deadline to File Dispositive Motions: continued from September 17, 2015 to October 15, 2015; and

e. Hearing on Dispositive Motions: continued from October 22, 2015 to November 19, 2015.

All other dates, deadlines, and instructions contained in the Case Management Order shall not be affected by this Order.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 6, 2015

_____
Honorable Maria Elena James
Magistrate Judge of the District Court for the Northern District of California