# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KG FUNDING, INC., <br>       Plaintiff, <br>    v. <br> TIM PARTRIDGE, et al., <br>       Defendants. | Case No. 13-cv-02473-MEJ <br><br> **ORDER CONTINUING HEARING** <br><br> Re: Dkt. No. 88 |

TO ALL PARTIES AND COUNSEL OF RECORD:

The hearing on Tim Partridge's Application for Writ of Possession for Levy on Personal Property, noticed for December 17, 2015, is CONTINUED to January 7, 2016, at 10:00 a.m. in Courtroom B on the 15th Floor of Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, California.  Briefing deadlines are unaffected.

**IT IS SO ORDERED.**

Dated: November 30, 2015

                                            MARIA-ELENA JAMES <br>
                                            United States Magistrate Judge