UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KG FUNDING, INC.,

    Plaintiff,

v.

TIM PARTRIDGE, et al.,

    Defendants.

Case No. 13-cv-02473-MEJ

**ORDER RE: SETTLEMENT REFERRAL**

Re: Dkt. No. 46

On July 24, 2015, the Court granted the parties' request to refer this matter to another magistrate for a settlement conference, and the case was subsequently referred to Magistrate Judge Elizabeth D. Laporte. Dkt. No. 81. As the parties were unable to attend a conference before the deadline for filing dispositive motions, on August 26, 2015, the Court granted the parties' request to continue all pretrial and trial deadlines. Dkt. No. 83. The Court granted a second continuance on October 29, 2015. Dkt. No. 86. As part of its October 29 Order, the Court directed the parties to contact Judge Laporte's chambers and thereafter file a status report regarding scheduling. As of today's date, the parties have not filed a status report and no conference has been scheduled. At the same, time, the December 14, 2015 dispositive motion deadline is approaching and Defendant/Counter-Claimant Tim Partridge has filed an Application for Writ of Possession. *See* Dkt. Nos. 83, 88. Accordingly, the Court hereby **VACATES** all pending non-discovery-related pretrial and trial deadlines. The parties shall contact Judge Laporte's chambers immediately to schedule a settlement conference. As to Mr. Patridge's application, there appears to be no urgency for the issuance of a writ. Moreover, Mr. Partridge fails to address the parties' 2014 settlement agreement, which could affect whether an enforceable contract still exists. Accordingly, the Court **DENIES** Mr. Partridge's Motion **WITHOUT PREJUDICE**. The parties shall file a joint status report within 14 days of completion of the mediation process.

**IT IS SO ORDERED.**

Dated: December 7, 2015

    MARIA-ELENA JAMES
    United States Magistrate Judge