UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KG FUNDING, INC., <br><br>    Plaintiff, <br><br>v. <br><br>TIM PARTRIDGE, et al., <br><br>    Defendants. | Case No. 13-cv-02473-MEJ <br><br>**ORDER FOR PARTIES TO MEET AND CONFER** <br><br>Re: Dkt. No. 96 |

The Court is in receipt of Defendant Tim Partridge's letter requesting an immediate telephonic status conference. Dkt. No. 96. Having reviewed his request, the Court ORDERS the parties to meet and confer and thereafter file a joint status report addressing: (1) whether the parties agree that resolution of the term sheet/settlement agreement issue is necessary prior to engaging in a settlement conference, as well as an explanation of their respective positions if they disagree; (2) the most effective schedule moving forward, again providing an explanation of their positions if they disagree; and (3) whether, given the scheduling issues that have arisen, the parties wish to keep the settlement referral with Magistrate Judge Laporte or request that the case be referred to another magistrate judge for that purpose.

**IT IS SO ORDERED.**

Dated: December 14, 2015

                                                MARIA-ELENA JAMES <br>
                                                United States Magistrate Judge