UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KG FUNDING, INC., <br><br>        Plaintiff, <br><br>   v. <br><br>TIM PARTRIDGE, et al., <br><br>        Defendants. | Case No. 13-cv-02473-MEJ <br><br>**ORDER ALTERING AND EXTENDING DEADLINES** |

The Court understands the parties are involved in ongoing settlement discussions with Magistrate Judge Elizabeth D. Laporte. *See* Dkt. No. 104. Given the present circumstances, the Court **MODIFIES** its prior order setting deadlines in this case (*see* Order re: Settlement Referral & Term Sheet, Dkt. No. 100), as follows:

(1) The parties are no longer required to file a status report concerning today's settlement conference with Judge Laporte;

(2) The deadline to file a motion to enforce the Term Sheet is now moved to **April 1, 2016**.

**IT IS SO ORDERED.**

Dated: March 11, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge