Timothy M. Flaherty, No. 99666
Holiday D. Powell, No. 245135
**MORRIS, POLICH & PURDY LLP**
Attorneys at Law
One Embarcadero Center, Suite 400
San Francisco, CA  94111
Telephone:      415.984.8500
Facsimile:       415.984.8599
Email:             tflaherty@mpplaw.com
                       hpowell@mpplaw.com

Attorneys for Plaintiff/Counter-Defendant
KG FUNDING, INC., Counter-Defendant
KERNER 3D TECHNOLOGIES, LLC and

Counter-Defendant ERIC EDMEADES

IT IS SO ORDERED
Judge Maria-Elena James

DATED: 4/27/2016

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KG FUNDING, INC., <br><br> Plaintiff, <br><br> v. <br><br> TIM PARTRIDGE, <br><br> Defendant. | Case No. CV 13-2473 MEJ <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE** <br><br> [FED. R. CIV. P. 41(a)(1)] <br><br> **Judge:** Hon. Maria-Elena James <br> **Ctrm.:** B |
| TIM PARTRIDGE, <br><br> Counter-Claimant, <br><br> v. <br><br> KG FUNDING, INC., KERNER 3D TECHNOLOGIES, LLC, and ERIC EDMEADES, <br><br> Counter-Defendants. | |

Plaintiff/Counter-Defendant KG Funding, Inc., Counter-Defendant Kerner 3D Technologies, LLC, Counter-Defendant Eric Edmeades, and Defendant/Counter-Claimant Tim Partridge (collectively, "parties"), by and through their respective attorneys, stipulate as follows:

-1-

1. WHEREAS all parties to this action stipulate and agree to dismiss their claims and counter-claims with prejudice;

2. IT IS HEREBY STIPULATED by and between the parties to this action, through their undersigned counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1); and

3. IT IS FURTHER STIPULATED by and between the parties that each party shall bear his or its own attorneys' fees and costs of suit.

SO STIPULATED.

DATED: April 27, 2016          **MORRIS POLICH & PURDY LLP**

By: /s/ *Holiday D. Powell*
Timothy M. Flaherty
Holiday D. Powell

Attorneys for Plaintiff/Counter-Defendant KG FUNDING, INC., Counter-Defendant KERNER 3D TECHNOLOGIES, LLC and Counter-Defendant ERIC EDMEADES

DATED: April 27, 2016          **MOBILITY LEGAL P.C.**

By: /s/ *David R. Burtt*
David R. Burtt

Attorneys for Defendant and Counter-Claimant TIM PARTRIDGE

Pursuant to Local Rule 5-1(i)(1)-(3), Holiday D. Powell hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing of this document.

Dated: April 27, 2016          **MORRIS POLICH & PURDY LLP**

By: /s/ *Holiday D. Powell*
Holiday D. Powell

-2-